# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1345  **Short Title:** Ass'n of Am. Univs. v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Department of Health & Human Services, National Institutes of Health, et al. as the

[✓] appellant(s)  [ ] appellee(s)  [ ] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

| | |
|---|---|
| /s/ Courtney L. Dixon | April 14, 2025 |
| Signature | Date |
| Courtney L. Dixon | |
| Name | |
| Department of Justice, Civil Division, Appellate Staff | 202-353-8189 |
| Firm Name (if applicable) | Telephone Number |
| 950 Pennsylvania Avenue NW, Room 7246 | |
| Address | Fax Number |
| Washington, DC 20530 | courtney.l.dixon@usdoj.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1182553

Has this case or any related case previously been on appeal?

[✓] No  [ ] Yes  Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).