# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1345    **Short Title:** Ass'n of Am. Univs. v. HHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Ass'n of Am. Univs., Am. Council on Educ., Ass'n of Pub. & Land-Grant Univs.    as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

s/James Y. Xi                              April 23, 2025
Signature                                  Date

James Y. Xi
Name

Clement & Murphy, PLLC                     (202) 742-8900
Firm Name (if applicable)                  Telephone Number

706 Duke Street
Address                                    Fax Number

Alexandria, VA 22314                       james.xi@clementmurphy.com
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 1187681

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No.

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).