# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1345  **Short Title:** Association of American Universities v. Department of Health & Human Services, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

All Plaintiffs/Appellees                                                                                  as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Ishan K. Bhabha                     April 23, 2025
Signature                                Date

Ishan K. Bhabha
Name

Jenner & Block LLP                      (202) 637-6327
Firm Name (if applicable)                Telephone Number

1099 New York Avenue, NW, Suite 900      (202) 639-6066
Address                                  Fax Number

Washington, DC 20001                     IBhabha@jenner.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1194355

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).