# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1345         **Short Title:** Association of American Universities v. Department of Health & Human Services, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

All Plaintiffs/Appellees                                                                                              as the

[ ] appellant(s)             [✔] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)            [ ] respondent(s)            [ ] intervenor(s)

/s/ Shoba Pillay                                    May 13, 2025
Signature                                           Date

Shoba Pillay
Name

Jenner & Block LLP                                  (312) 923-2605
Firm Name (if applicable)                           Telephone Number

353 N Clark Street                                  (312) 527-0484
Address                                             Fax Number

Chicago, IL 60654                                   SPillay@jenner.com
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: 117687

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

[Print]    [Reset]