UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>  Plaintiffs-Appellees,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>  Defendants-Appellants. | CIVIL ACTION<br>No. 25-1343, 25-1344, 25-1345 |
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, et al.<br><br>  Plaintiffs-Appellees,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH, et al.,<br><br>  Defendants-Appellants. | |
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,<br><br>  Plaintiffs-Appellees,<br><br>  v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>  Defendants-Appellants. | |

**PLAINTIFFS-APPELLEES'**
**MOTION TO ENLARGE TIME FOR FILING THEIR PRINCIPAL BRIEFS**

Pursuant to First Circuit Rule 27, Plaintiffs-Appellees in these three appeals respectfully request that this Court extend the deadline for the Plaintiffs-Appellees' principal briefs by one week to June 16, 2025. As grounds for this motion, Plaintiffs-Appellees state as follows:

1. These appeals arise from a final judgment of the District Court, ordering vacatur of a notice issued by the National Institutes of Health ("NIH") on February 7, 2025 ("Supplemental Guidance to the 2024 NIH Grants Policy Statement: Indirect Cost Rates Notice Number: NOT-OD-25-068") and permanently enjoining its implementation. The appeals were entered in this Court on April 9, 2025.

2. On April 21, 2025, Defendants-Appellants filed an assented-to motion to expedite briefing and oral argument in each appeal.

3. On April 23, 2025, the First Circuit ordered a briefing schedule in each appeal as follows: Defendants-Appellants' principal brief and appendix to be filed by May 9, 2025; Plaintiffs-Appellees' principal briefs to be filed by June 9, 2025; and any reply brief to be filed by July 1, 2025.

4. These appeals involve three separate lawsuits brought by three groups of plaintiffs, raising numerous challenges to NIH's agency action under the Administrative Procedure Act ("APA"). The briefing on these numerous, complex

issues of administrative law requires multiple levels of review, which Plaintiffs-Appellees are working expeditiously to complete.

5. Allowing an additional week for the Plaintiffs-Appellees' principal briefs will allow the three plaintiff groups—one of which consists of 22 individual states—sufficient time to conduct their review of and briefing on these issues, and will allow full airing of the issues now on appeal.

6. Upon information and belief, allowance of this motion will not prejudice the parties in this case.

7. Defendants-Appellants oppose the requested extension and intend to file a short response.

WHEREFORE, the Plaintiffs-Appellees respectfully request that this Court extend the deadline for their brief by seven days to June 16, 2025.

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ Katherine Dirks
David C. Kravitz, 1st Cir. No. 41870
   *State Solicitor*
Katherine Dirks, 1st Cir. No. 114060
   *Chief State Trial Counsel*
Allyson Slater
   *Chief, Reproductive Justice Unit*
Chris Pappavaselio
   *Assistant Attorney General*
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2277
email: katherine.dirks@mass.gov
*Counsel for the Commonwealth of Massachusetts*

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ Alex Hemmer
Alex Hemmer
Deputy Solicitor General
R. Sam Horan
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526
alex.hemmer@ilag.gov
*Counsel for the State of Illinois*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Linus Banghart-Linn
Linus Banghart-Linn
  *Chief Legal Counsel*
Neil Giovanatti
Joshua S. Smith
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
Banghart-LinnL@michigan.gov
*Attorneys for the People of the State of Michigan*

4

**KRIS MAYES**
Attorney General of Arizona

By: /s/ Joshua D. Bendor
Joshua D. Bendor
Solicitor General
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Joshua.Bendor@azag.gov
ACL@azag.gov
*Counsel for the State of Arizona*

**ROB BONTA**
Attorney General of California

NELI PALMA
Senior Assistant Attorney General

By: /s/ Emilio Varanini
EMILIO VARANINI
Supervising Deputy Attorney General
SOPHIA TONNU
DANIEL AMBAR
Deputy Attorneys General
California Attorney General's Office
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
Emilio.Varanini@doj.ca.gov
*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ Shannon Stevenson
Shannon Stevenson, CO Reg. No. 35542
Solicitor General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6749
Shannon.Stevenson@coag.gov
*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: /s/ Michael K. Skold
Michael K. Skold
Solicitor General
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov
*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ Ian R. Liston
Ian R. Liston
Director of Impact Litigation
Vanessa L. Kassab
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

By: /s/Kalikoʻonālani D. Fernandes
David D. Day
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel for the State of Hawai'i*

**AARON M. FREY**
Attorney General for Maine

By: /s/ Sean D. Magenis
SEAN D. MAGENIS
THOMAS A. KNOWLTON
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
sean.d.magenis@maine.gov
*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ Adam D. Kirschner
Adam D. Kirschner
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
akirschner@oag.state.md.us
(410) 576-6424
*Counsel for the State of Maryland*

**KEITH ELLISON**
Attorney General of Minnesota

By: /s/ Liz Kramer
Solicitor General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 757-1010
liz.kramer@ag.state.mn.us
*Counsel for the State of Minnesota*

**AARON D. FORD**
Attorney General of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
HStern@ag.nv.gov
*Counsel for the State of Nevada*

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: /s/ Angela Cai
Angela Cai
*Executive Assistant Attorney General*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-3377
Angela.Cai@njoag.gov
*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: /s/ Anjana Samant
Anjana Samant
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asamant@nmdoj.gov
*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

By: /s/ Rabia Muqaddam
Rabia Muqaddam
*Special Counsel for Federal Initiatives*
Molly Thomas-Jensen
*Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-8883
Rabia.Muqaddam@ag.ny.gov
Molly.Thomas-Jensen@ag.ny.gov
*Counsel for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: /s/ Daniel P. Mosteller
Associate Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov
*Counsel for State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: /s/ Christina L. Beatty-Walters
Christina L. Beatty-Walters
Senior Assistant Attorney General
Robert A. Koch
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov
*Counsel for the State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ Jordan Broadbent
Jordan Broadbent
*Special Assistant Attorney*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
Jbroadbent@riag.ri.gov
*Counsel for the State of Rhode Island*

| | |
|---|---|
| **CHARITY R. CLARK**<br>Attorney General of Vermont<br><br>By: /s/ Jonathan T. Rose<br>Jonathan T. Rose<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br>*Counsel for the State of Vermont* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>By: /s/ Spencer W. Coates<br>SPENCER W. COATES<br>ELLEN RANGE<br>Assistant Attorneys General<br>Office of the Washington State<br>Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>spencer.coates@atg.wa.gov<br>ellen.range@atg.wa.gov<br>*Counsel for the State of Washington* |

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: /s/ Aaron J. Bibb
Aaron J. Bibb
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us
*Counsel for the State of Wisconsin*

*Attorneys for All Plaintiffs-Appellees in*
Case No. 25-1343

**ROPES & GRAY LLP**

*/s/ John P. Bueker*
John P. Bueker (BBO #636435)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7951
John.bueker@ropesgray.com

Douglas H. Hallward-Driemeier
(BBO #627643)
Stephanie A. Webster (*pro hac vice*)
Ropes & Gray, LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 508-4859
Douglas.hallward-driemeier@ropesgray.com
Stephanie.webster@ropesgray.com

*Counsel for Plaintiffs-Appellees in*
Case No. 25-1344

| **JENNER & BLOCK LLP** | **CLEMENT & MURPHY, PLLC** |
|---|---|
| By: */s/ Lindsay C. Harrison* | By: */s/ Paul D. Clement* |
| Ishan K. Bhabha<br>Lindsay C. Harrison<br>Lauren J. Hartz<br>Elizabeth Henthorne<br>Zachary C. Schauf<br>Adam G. Unikowsky<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>IBhabha@jenner.com<br>LHarrison@jenner.com<br>LHartz@jenner.com<br>BHenthorne@jenner.com<br>ZSchauf@jenner.com<br>AUnikowsky@jenner.com<br><br>Shoba Pillay, BBO No. 659739<br>353 N Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>SPillay@jenner.com<br><br>*Attorneys for All Plaintiffs-Appellees in* Case No. 25-1345 | Paul D. Clement<br>James Y. Xi<br>Kyle R. Eiswald<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel: (202) 742-8900<br>paul.clement@clementmurphy.com<br>james.xi@clementmurphy.com<br>kyle.eiswald@clementmurphy.com<br><br>*Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education* in Case No. 25-1345 |

11

## **CERTIFICATE OF SERVICE**

 I, Paul D. Clement, hereby confirm that on June 3, 2025, I served a copy of the foregoing document on all parties and counsel of record through this Court's electronic filing system.

/s/ Paul D. Clement
Paul D. Clement
