# Clement & Murphy
PLLC

July 8, 2025

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

   Re: *Ass'n of Am. Univs., et al. v. Dep't of Health and Hum. Servs., et al.*, No. 25-1345

Dear Ms. Dubrovsky:

  I represent Plaintiffs-Appellees Association of American Universities, American Council on Education, and Association of Public and Land-grant Universities in the above-referenced appeal. In this Court's April 23 order setting the briefing schedule in this case and two related cases (Nos. 25-1343, 25-1344), the Court indicated that if oral argument were deemed necessary, it would be held "as soon as practicable following the completion of briefing." The briefing closed on July 1, 2025. In the event the Court deems oral argument necessary, I plan to present the argument on behalf of all private appellees in case 25-1345 as well as all private appellees in case 25-1344.

  Therefore, if the Court determines that oral argument is necessary in this case, and the appeals are set for argument during the Court's September sitting, I respectfully request that the argument be scheduled for Wednesday, September 3, as I will be out of the country on long-planned travel for the balance of the Court's September sitting. If the appeals are set for argument during the Court's October sitting, I would respectfully request that the argument in these appeals be scheduled to minimize conflict with the argument in *Maine v. 3M Co.* (No. 23-1709) which is tentatively scheduled for argument in the Court's October sitting and in which I will be presenting the argument for Defendant-Appellant 3M Company.

            Respectfully submitted,

            <u>s/Paul D. Clement</u>
            Paul D. Clement

            *Counsel for Plaintiffs-Appellees*
            *Association of American Universities,*
            *American Council on Education, and*
            *Association of Public and Land-grant*
            *Universities in case No. 25-1345*

cc: All Counsel (via CM/ECF)