# United States Court of Appeals
## For the First Circuit

No. 25-1343

COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, on behalf of the people of the State of Michigan; STATE OF ILLINOIS; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF DELAWARE; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in the official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

No. 25-1344

ASSOCIATION OF AMERICAN MEDICAL COLLEGES; THE AMERICAN ASSOCIATION OF COLLEGES OF PHARMACY; THE ASSOCIATION OF SCHOOLS AND PROGRAMS OF PUBLIC HEALTH; THE CONFERENCE OF BOSTON TEACHING HOSPITALS, INC.; GREATER NEW YORK HOSPITAL ASSOCIATION,

Plaintiffs - Appellees,

v.

NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, M.D., Ph.D. in the official capacity as Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS); ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

No. 25-1345

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; BRANDEIS UNIVERSITY; BROWN UNIVERSITY; CARNEGIE MELLON UNIVERSITY;

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; THE UNIVERSITY OF CHICAGO; CORNELL UNIVERSITY; THE GEORGE WASHINGTON UNIVERSITY; JOHNS HOPKINS UNIVERSITY; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA; UNIVERSITY OF ROCHESTER; TRUSTEES OF TUFTS COLLEGE; THE CALIFORNIA INSTITUTE OF TECHNOLOGY,

Plaintiffs - Appellees,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the Department of Health and Human Services; JAY BHATTACHARYA, M.D., Ph.D. in the official capacity as Director of the National Institutes of Health,

Defendants - Appellants.

## CALENDARING NOTICE

Issued: August 28, 2025

This case is presently scheduled to be called for oral argument on **Wednesday, November 5, 2025, at 2:00 p.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: [GENERAL ORDER 22-1.](#)

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Daniel Ambar
Linus Banghart-Linn
Joshua Bendor
Steve W. Berman
Ishan Kharshedji Bhabha
Aaron Bibb
Jordan Broadbent
John P. Bueker
Angela Cai
Adam N. Cederbaum
Paul D Clement
Spencer Wade Coates
Jeffrey T. Dana
David Dana Day
John DeStefano III
Alexandra H. Deal
Katherine B. Dirks
Courtney Dixon
Kyle Raymond Eiswald
Jessica Lynn Ellsworth
Kalikoonalani Diara Fernandes
Derrill J. Fussell

Abraham R. George
Neil Giovanatti
Eric M. Gold
Amanda S. Hainsworth
Douglas H. Hallward-Driemeier
Lindsay C. Harrison
Cody R. Hart
Lauren J. Hartz
Alex Hemmer
Elizabeth Henthorne
Jacob Karabell
Vanessa L. Kassab
Adam D. Kirschner
Thomas A. Knowlton
Robert A. Koch
Elizabeth C. Kramer
David C. Kravitz
Daryl J. Lapp
Brian Lea
Ian R. Liston
Donald Campbell Lockhart
Sean D. Magenis
Phillip R. Malone
Eric Dean McArthur
Kelsey McLean
Jonathan Benjamin Miller
Daniel Paul Mosteller
Rabia Muqaddam
Ester Murdukhayeva
Erin E. Murphy
Francisco Maria Negron Jr.
Chris Pappavaselio
Shoba Pillay
Ellen E. Range
Jonathan T. Rose
Nicole A. Saharsky
Anjana Samant
Jeffrey Eric Sandberg
Zachary C. Schauf
Joshua B. Shiffrin
Brett Allen Shumate
Jackson Bruce Skeen
Michael Kenneth Skold
Allyson T. Slater
Joshua S. Smith
Nina Srejovic

Heidi Parry Stern
Shannon Wells Stevenson
Molly Thomas-Jensen
Sophia TonNu
Adam G. Unikowsky
Emilio Eugene Varanini IV
Sophia K. Weaver
Stephanie A. Webster
Lauriane Williams
James Xi
Alexandra Zegger
David Zimmer