# Nos. 25-1344, 25-1345

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

ASSOCIATION OF AMERICAN MEDICAL COLLEGES, et al.,
*Plaintiffs-Appellees*,

v.

NATIONAL INSTITUTES OF HEALTH, ET AL.,
*Defendants-Appellants*.

ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,
*Plaintiffs-Appellees,*

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Massachusetts

**MOTION TO ALLOW PAUL D. CLEMENT TO PRESENT ORAL ARGUMENT ON BEHALF OF ALL PLAINTIFFS-APPELLEES IN CASE NOS. 25-1344 & 25-1345**

(*Counsel Listed on next page*)

| | |
|---|---|
| JOHN P. BUEKER<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199<br>(617) 951-7951 | PAUL D. CLEMENT<br> *Counsel of Record*<br>JAMES Y. XI<br>KYLE R. EISWALD*<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street |
| DOUGLAS H. HALLWARD-DRIEMEIER<br>STEPHANIE A. WEBSTER<br>ROPES & GRAY LLP<br>2099 Pennsylvania Ave., NW<br>Washington, DC 20006 | Alexandria, VA 22314<br>(202) 742-8900<br>paul.clement@clementmurphy.com<br><br>* Supervised by principals of the firm who are members of the Virginia Bar |
| *Counsel for Plaintiffs-Appellees in Case No. 25-1344* | *Counsel for Association of American Universities, Association of Public Land-grant Universities, and American Council on Education in Case No. 25-1345* |
| ISHAN K. BHABHA<br>LINDSAY C. HARRISON<br>LAUREN J. HARTZ<br>ELIZABETH HENTHORNE<br>ZACHARY C. SCHAUF<br>ADAM G. UNIKOWSKY<br>JENNER & BLOCK LLP<br>1099 New York Ave., NW, Suite 900<br>Washington, DC 20001<br>(202) 637-6327 | SHOBA PILLAY<br>JENNER & BLOCK LLP<br>353 N Clark Street<br>Chicago, IL 60654 |
| *Counsel for all Plaintiffs-Appellees in Case No. 25-1345* | |

September 12, 2025

For the reasons that follow, Plaintiffs-Appellees in case numbers 25-1344 and 25-1345, respectfully request that Paul D. Clement, counsel for the Association of American Universities, the Association of Public Land-grant Universities, and the American Council on Education in case number 25-1345, present oral argument for all Plaintiffs-Appellees in case numbers 25-1344 and 25-1345.

Both cases arise from the same district court opinion and order and present the same material issues on appeal. The briefs filed by Plaintiffs-Appellees in cases 25-1344 and 25-1345 are identical. Accordingly, Mr. Clement respectfully requests that this Court grant permission for him to present oral argument on behalf of all Plaintiffs-Appellees in both cases. This motion will not affect the argument in the related appeal, *Massachusetts, et al. v. National Institutes of Health, et al.*, (No. 25-1343), calendared for the same argument date and time. All Plaintiffs-Appellees in both cases 25-1344 and 25-1345 consent to this motion, and Counsel for the Defendants-Appellants in both cases do not oppose.

Respectfully submitted,

<div style="display: flex;">
<div>

s/John P. Bueker
JOHN P. BUEKER
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199

DOUGLAS H. HALLWARD-DRIEMEIER
STEPHANIE A. WEBSTER
ROPES & GRAY LLP
2099 Pennsylvania Ave., NW
Washington, DC 20006

*Counsel for Plaintiffs-Appellees in Case No. 25-1344*

ISHAN K. BHABHA
LINDSAY C. HARRISON
LAUREN J. HARTZ
ELIZABETH HENTHORNE
ZACHARY C. SCHAUF
ADAM G. UNIKOWSKY
JENNER & BLOCK LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001

*Counsel for all Plaintiffs-Appellees in Case No. 25-1345*

September 12, 2025

</div>
<div>

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
JAMES Y. XI
KYLE R. EISWALD[*]
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

* Supervised by principals of the firm who are members of the Virginia Bar

*Counsel for Association of American Universities, Association of Public Land-grant Universities, and American Council on Education in Case No. 25-1345*

SHOBA PILLAY
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654

</div>
</div>

# CERTIFICATE OF COMPLIANCE
# WITH RULE 27(d)

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 162 words..

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Times New Roman size 14-point font with Microsoft 2016.

Date:  September 12, 2025

<div style="text-align: right">

<u>s/Paul D. Clement</u>
Paul D. Clement

</div>

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<div style="text-align: right;">
s/Paul D. Clement<br>
Paul D. Clement
</div>