# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 23-1344, 25-1345

Case Name: Ass'n of Am. Univs., et al. v. DHHS, et al.

Date of Argument: November 5, 2025

Location of Argument: ☑ Boston  ☐ Puerto Rico  ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
All Plaintiffs-Appellees

Attorney Name: Paul D. Clement          First Circuit Bar No.: 1121545

Phone Number: (202) 742-8900            Fax Number: N/A

Email: paul.clement@clementmurphy.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

s/Paul D. Clement                       September 11, 2025
(Signature)                             (Date)