# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, ET AL.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,<br><br>Defendants-Appellants. | No. 25-1345 |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests leave to withdraw as counsel for the defendants-appellants in this case. Other Department of Justice attorneys who have appeared in this case will continue to represent defendants-appellants. Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Brian C. Lea*
BRIAN C. LEA
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-0123
brian.lea@usdoj.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 44 words, according to the word count of Microsoft Word.

*/s/ Brian C. Lea*
Brian C. Lea

## CERTIFICATE OF SERVICE

I certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Lea*
Brian C. Lea